UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IES Commercial, Inc.

v.                                        Case Number: 4:17−cv−03409

Interstate Fire & Casualty Company

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**   Courtroom 8C
            United States District Court
            515 Rusk Avenue
            Houston, Texas 77002

**DATE:** 9/21/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference
Notice of Settlement − #12

Date:   August 28, 2018

David J. Bradley, Clerk