Case 4:17-cv-03409   Document 15   Filed on 09/20/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IES COMMERCIAL, INC. | § § | Civil Action No. 4:17-cv-3409 |
| v. | § § | |
| INTERSTATE FIRE & CASUALTY COMPANY | § § § | JURY |

## AGREED ORDER OF FINAL DISMISSAL WITH PREJUDICE

On this day came on to be considered the Joint Motion to Dismiss With Prejudice Pursuant to Rule 41(a)(2) filed by: Plaintiff, **IES COMMERCIAL, INC.** ("**IES**"); Intervenor, **NAVIGATORS SPECIALTY INSURANCE COMPANY** ("**NAVIGATORS**"); and Defendant, **INTERSTATE FIRE & CASUALTY COMPANY** ("**INTERSTATE**"), collectively referenced as "the Parties." The Court, having been advised by the Parties that they have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to the question of the extent of insurance coverage afforded to **IES** by **NAVIGATORS** and **INTERSTATE** in connection with a lawsuit filed against **IES** and others in the 12th Judicial District Court of Walker County, Texas, in Cause No. 13-26476, styled *Texas State University System Board of Regents, on behalf of Sam Houston State University v. American Campus Development (SHSU) GP, LLC, et al.* ("the Underlying Lawsuit"), and which are described in greater detail in the pleadings on file herein, and having further been advised by the Parties that they therefore no longer wish to pursue any such causes of action, claims,

counterclaims, obligations, demands, liens, or any other requests for relief against one another, and having been requested to dismiss this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), the Court makes the following orders:

**IT IS ORDERED** that the above entitled and numbered action is hereby dismissed, <u>with prejudice to the refiling of same</u>, in its entirety, including all causes of action, claims, counterclaims, obligations, demands, and any other requests for relief of any nature whatsoever which have been asserted in this action, or which could have been asserted herein, arising out of, pertaining to, or related in any manner to the extent of insurance coverage afforded to **IES** by **NAVIGATORS** and **INTERSTATE** in connection with the Underlying Lawsuit.

**IT IS FURTHER ORDERED** that each party shall bear its own expenses, taxable costs of court and attorneys' fees.

SIGNED this the ____ day of _____SEP 2 0 2018_____, 2018

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS